**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     In re Baker Hughes

Appellate case number:   01-22-00199-CV

Trial court case number:  2020-40839

Trial court:              334th District Court of Harris County

Date motion filed:        November 2, 2022


It is ordered that the motion for rehearing is **denied**.


Judge's signature: ___/s/ Sarah Beth Landau_____

                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Landau and Hightower.

Date: _____December 29, 2022_____